**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Christopher & Banks Inc.,
a Minnesota Corporation,

Plaintiff,

vs.

Shopko Stores, Inc.,

Defendant.

---

Civil No. 02-250 JMR/FLN

**STIPULATION FOR EXTENSION OF TIME TO ANSWER, OR RESPOND AND PROPOSED ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, Christopher & Banks Inc. and Shopko Stores, Inc., that defendant Shopko Stores, Inc. shall have an extension until February 20, 2002 to answer or otherwise respond to Plaintiff's Complaint in this action. This is the first such extension agreed to between the parties in this case.

**ROBINS, KAPLAN, MILER & CIRESI, LLP**

Dated: February 11, 2002.

By Rita Coyle DeMeules
Rita Coyle DeMeules (191644)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF CHRISTOPHER & BANKS INC.**

2311301.1

FILED FEB 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**KINNEY & LANGE**

Dated: February 11, 2002.

By Vytas Rimas
Vytas M. Rimas (182,539)

The Kinney & Lange Building
312 South 3rd Street
Minneapolis, MN 55415-1002
Telephone: (612) 339-1863
Fax: (612) 339-6580

**ATTORNEYS FOR DEFENDANT SHOPKO STORES, INC.**

## ORDER

The Court, having considered the Stipulation of the parties, now orders that Defendant Shopko Stores, Inc. shall have until February 20, 2002 to answer or otherwise respond to the Complaint.

Dated: Feb. 14, 2002.

Magistrate Judge of the U. S. District Court

2311301.1