UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
02 MAR 15 AM 10:24
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

CHRISTOPHER & BANKS INC.,
a Minnesota corporation,

Plaintiff,

Case No. 02-CV-250 JMR/FLN

SHOPKO STORES, INC.
a Delaware corporation,

Defendant.

## STIPULATION AND PROPOSED ORDER TO AMEND COMPLAINT

Plaintiff Christopher & Banks Inc. ("Christopher & Banks") and Defendant Shopko Stores, Inc. ("Shopko") stipulate to the following. Christopher & Banks may serve and file an Amended Complaint in which it asserts that Christopher & Banks holds all right, title, and interest in and to the copyright registrations and work at issue in this case. The Amended Complaint shall be considered served and filed as March 12, 2002.

Dated this 14th day of March, 2002.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

BY: [signature]
Rita Coyle DeMeules (#191644)

800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF**
**CHRISTOPHER & BANKS INC.**

22315186.1

FILED MAR 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

Dated this 14th day of March, 2002.

**KINNEY & LANGE**

BY: ______________________

Vytas M. Rimas (#182539)
The Kinney & Lange Building
312 South 3rd Street
Minneapolis, MN 55415
Phone: (612) 337-9366

**ATTORNEYS FOR DEFENDANT SHOPKO STORES, INC.**

Dated this 15 day of March, 2002.

______________________

Franklin L. Noel
United States Magistrate Judge