UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **CHRISTOPHER & BANKS, INC.,** Plaintiff, v. **SHOPKO STORES, INC.,** Defendant. | **Civil Action No: 02-250JMR/FAN** **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their respective undersigned counsel of record, that the above action may be dismissed in its entirety, with prejudice and without costs to either party.

**ROBINS, KAPLAN, MILLER & CIRESI, LLP**

Dated: June 10th, 2002

By Rita Coyle DeMeules
Rita Coyle DeMeules (191644)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF CHRISTOPHER & BANKS INC.**

JUN 12 2002
RICHARD D. SLETTEN, CLERK
DOCUMENT ENTD

**KINNEY & LANGE, P.A.**

Dated: June 7, 2002

By: ______________________

Vytas M. Rimas (182,539)
KINNEY & LANGE, P.A.
312 South Third Street
Minneapolis, MN 55415-1002
(612) 339-1863

**ATTORNEYS FOR DEFENDANT SHOPKO STORES, INC.**

G:\VMR\LIT\S282-38.1\stip-dismisal.WPD

**ORDER**

The Court, having considered the Stipulation of the parties, now orders that the above action is dismissed with prejudice.

Dated: June 11, 2002.

Judge of the District Court